# PIERRE PIERRE LAW, P.C.

| NEW YORK OFFICE: | FLORIDA OFFICE: |
|---|---|
| 15 Park Pl. | 1451 W Cypress Creek Road |
| 2nd fl., Ste 4 | Suite 300 |
| Bronxville, NY 10708 | Ft. Lauderdale, FL 33309 |
| Phone: (646) 992-8383 | Phone: (954) 884-5040 |
| Fax: (718) 504-6962 | Fax: (754) 484-3121 |
| ***mail all correspondence* | |

June 29, 2026

Honorable Sarah L. Cave                              **Letter Motion:**
United States Magistrate Judge                     **Extension of Time Request**
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St.
Courtroom 18A
New York, NY 10007

**Re: Joseph Martinez v. Comm'r of SSA  1:26-cv-02475-MKV-SLC**

Dear Honorable Judge Cave:

Pursuant to the Scheduling Order in the above referenced case, Plaintiff's Brief is due on June 29, 2026.  Due to an influx in Certified Administrative Record ("CAR") filings which have created multiple conflicts on the briefing calendar, Plaintiff has not been able to timely prepare the brief in this matter.  Plaintiff therefore writes to respectfully request that the date for Plaintiff's motion be extended 60 days, through and including August 28, 2026.  No previous request for an extension has been made in this case. The Defendant has given consent and further requests that Defendant's Brief be due 60 days after Plaintiff's Brief.

Thank you in advance for the Court's consideration of this request.

Respectfully Submitted,

/s/Eddy Pierre Pierre
Eddy Pierre Pierre, Esq.
Attorney for Plaintiff
(646) 992-8383
(718) 504-6962 fax

Cc:  Candace Brown Casey, Esq.   (Via ECF)
       Attorney for Defendant.

> Plaintiff Joseph Martinez's ("Plaintiff") request at Dkt. No. 6 is **GRANTED**.
>
> By **August 28, 2026**, Plaintiff shall file her motion.
> By **September 28, 2026**, Defendant Frank Bisigano, Commissioner of Social Security, shall file his response.
> By **October 12, 2026**, Plaintiff shall file her reply, if any.
>
> The Clerk of Court is respectfully directed to close Dkt. No. 6.
>
> SO ORDERED.    June 30, 2026
>
> *Sarah Cave*
> SARAH L. CAVE
> United States Magistrate Judge