# PIERRE PIERRE LAW, P.C.

NEW YORK OFFICE:
15 Park Pl.
2nd fl., Ste 4
Bronxville, NY 10708
Phone: (646) 992-8383
Fax: (718) 504-6962
****mail all correspondence*

FLORIDA OFFICE:
1451 W Cypress Creek Road
Suite 300
Ft. Lauderdale, FL 33309
Phone: (954) 884-5040
Fax: (754) 484-3121

August 27, 2026

Honorable Sarah L. Cave
United States Magistrate Judge
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St.
Courtroom 18A
New York, NY 10007

**Letter Motion:**
**Second Extension of Time Request**

MEMO ENDORSED

**Re: Joseph Martinez v. Comm'r of SSA 1:26-cv-02475-MKV-SLC**

Dear Honorable Judge Cave:

Pursuant to the revised Scheduling Order in the above referenced case, Plaintiff's Brief is due on August 27, 2026. Plaintiff's counsel is behind in briefing due to a workload that includes twenty opening briefs in the month of August. Plaintiff therefore writes to respectfully request that the date for Plaintiff's brief be extended 45 days, through and including October 12, 2026. The Defendant has given consent and has requested an additional 45 days from the filing of Plaintiff's brief. Accordingly, the proposed revised schedule is as follows:

- Plaintiff's Opening Brief due October 12, 2026;
- Defendant's Response Brief due November 26, 2026;
- Plaintiff's Reply Brief, if any, due December 10, 2026.

Thank you in advance for the Court's consideration of this request.

Respectfully Submitted,

/s/Eddy Pierre Pierre
Eddy Pierre Pierre, Esq.
Attorney for Plaintiff
(646) 992-8383
(718) 504-6962 fax

Cc: Candace Brown Casey, Esq. (Via ECF)
Attorney for Defendant.

Plaintiff Joseph Martinez's ("Plaintiff") request at Dkt. No. 8 is **GRANTED**.

By **October 12, 2026,** Plaintiff shall file his motion.
By **November 26, 2026**, Defendant Frank Bisigano, Commissioner of Social Security, shall file his response.
By **December 10, 2026**, Plaintiff shall file his reply, if any.

SO ORDERED. August 31, 2026

**SARAH L. CAVE**
**United States Magistrate Judge**