**U.S. Department of Justice**

United States Attorney
*Southern District of New York*
Civil Division

*c/o Social Security Administration*
*Program Litigation 2, Law & Policy*
*6401 Security Boulevard,*
*Baltimore, MD 21235*
*Tel: (617) 565-1849*

The Commissioner's request at Dkt. No. 12 is **GRANTED**.

By **December 28, 2026**, the Commissioner shall file his brief.

By **January 11, 2027**, Plaintiff Joseph Martinez shall file his reply, if any.

The Clerk of Court is respectfully directed to close Dkt. No. 12.

SO ORDERED. November 23, 2026

SARAH L. CAVE
United States Magistrate Judge

November 20, 2026

By CM/ECF

Honorable Sarah L. Cave
United States Magistrate Judge
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, NY 10007

Re: *Martinez v. Bisignano*, No. 1:26-cv-2475-MKV-SLC

Dear Judge Cave:

This Office represents the Commissioner of Social Security in this matter, which involves Plaintiff's challenge to the Commissioner's decision denying his application for disability benefits under 42 U.S.C. § 405(g). The Commissioner's brief is currently due November 26, 2026 (i.e., Thanksgiving Day). (*See* Text Order dated Aug. 31, 2026). The undersigned is facing multiple competing deadlines and simultaneously providing intensive training to several new attorneys in the office, who also have upcoming briefing deadlines. Accordingly, the undersigned requires additional time to review the record and Plaintiff's arguments in this case, and respectfully requests a 30-day extension of time, until December 28, 2026, to file the brief.

This is the Commissioner's first request for an extension in this matter and Plaintiff's counsel consents to the request.

Thank you for Your Honor's consideration.

Respectfully submitted,

JAMES M. MCDONALD
United States Attorney for the
Southern District of New York
Attorney for Defendant

*/s/ Natasha Oeltjen*
Special Assistant United States Attorney
Program Litigation 2
Social Security Administration
Law & Policy
6401 Security Boulevard
Baltimore, MD 21235-6401
Phone: (617) 565-1849
natasha.oeltjen@ssa.gov

Cc (via ECF):
Eddy Pierre Pierre
*Attorney for Plaintiff*